JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 1 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROBERT JONES, et al. | Case No. 2:11-cv-00526-SVW-FFM |
| *Plaintiff,* | [PROPOSED] JUDGMENT |
| vs. | |
| SHRED-IT USA, INC., et al., | |
| *Defendants.* | |

1 | The Named Plaintiff Robert Jones' Motions for Final Approval of Class Action Settlement and for Awards of Attorneys' Fees, Reimbursement of Expenses, and Incentive Payment came for hearing on October 24, 2011 in the above-captioned Court, the Honorable Steven V. Wilson presiding. The Court having previously granted preliminary approval of the Settlement on June 28, 2011, the Parties having fully briefed the issues regarding final approval and awards of attorneys' fees, reimbursement of expenses, and incentive payment, the cause having been heard, and the Court having granted final approval of the Class Action Settlement and having granted the motion for awards of Attorneys' Fees, Reimbursement of Expenses, and Incentive Payment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Judgment is entered on the terms set forth in the Order Granting Final Approval of Class Action Settlement and Order Granting Awards of Attorneys' Fees, Reimbursement of Expenses, and Incentive Payment.

Dated: 11/14/11

_____
HONORABLE STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE